NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MANLEY SHANE SIGMAN,           )
                               )
        Appellant,             )
                               )
v.                             )        Case No. 2D17-3181
                               )
STATE OF FLORIDA,              )
                               )
        Appellee.              )
_____)

Opinion filed January 2, 2019.

Appeal from the Circuit Court for Lee
County; Bruce E. Kyle, Judge.

Howard L. Dimming, II, Public Defender,
and Kimberly Nolen Hopkins, Special
Assistant Public Defender, Bartow, for
Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Katherine Coombs Cline,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


                Affirmed.


VILLANTI, LUCAS, and SALARIO, JJ., Concur.